No. 864. LOWE BROTHERS Co. *v.* UNITED STATES. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.

634

*Messrs. William Cogger* and *John E. Hughes* for petitioner. *Solicitor General Jackson* for the United States.